# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23ST., SUITE 900
NEW YORK, N.Y. 10011

RONALD L. KUBY
GEORGE WACHTEL

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

STAFF
SUSAN BAILEY
PROCESS SERVER
LUIS R. AYALA

LEAH BUSBY

January 10, 2016January 10, 2016

**BY ECF**

Hon. Carol Bagley Amon
Chief Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Elyaas Neils v. City of New York,</u> *et al.* 14-CV-6471 (CBA) (PK)

Dear Judge Amon,

    I represent plaintiff and write to inform the Court that the parties have agreed to discontinue the above action. Stipulations of discontinuance will be submitted shortly.

    As your honor may remember, this is a 42 USC §1983 case in which plaintiff alleges that a police detective unlawfully prompted a photo array witness to identify plaintiff. Despite extensive efforts we have been unable to secure the cooperation of the witness, and without his testimony the likelihood of prevailing in this action is almost nil. Under the circumstances plaintiff prefers not to burden the Court with further litigation and will not oppose defendants' motion for summary judgment filed December 18, 2015.

Respectfully,

George Wachtel

CC: Sr. A.C.C. Tobias E. Zimmerman, ECF