UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ELIYAAS NEILS,

                              Plaintiff,

-against-

CITY OF NEW YORK; NYPD OFFICERS FORTUNATO TRANCHINA, Shield #509, CARALYNN McGURK, Tax# 942147, CHRISTOPHER BROWER, Tax # 932368,

                              Defendants.
-----------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii)**

14-CV-6471 (CBA) (PK)

FILED
IN CLERK'S
U.S. DISTRICT C[...]
☆ JAN 22 [...]
BROOKLYN [...]

       IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between counsel for the parties herein, that any and all of the claims arising out of the events alleged in the Amended Complaint in this matter that were asserted, or could have been asserted, on behalf of plaintiff ELIYAAS NEILS against defendants FORTUNATO TRANCHINA, CARALYNN MCGURK, CHRISTOPHER BROWER, and/or THE CITY OF NEW YORK including its successors and assignees, and all past and present officials, employees, representatives and agents of the City, are hereby dismissed and discontinued **with prejudice**, and without costs or attorneys' fees to either party.

Dated: New York, New York
          January 22, 2016

| | |
|---|---|
| **THE LAW OFFICE OF RONALD L. KUBY**<br>*Attorneys for Plaintiff*<br>119 West 23rd Street, Suite 900<br>New York, New York 10011<br><br>By: _____<br>    GEORGE WACHTEL, ESQ. | **ZACHARY W. CARTER**<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants*<br>100 Church Street<br>New York, New York 10007<br><br>By: _____<br>    TOBIAS E. ZIMMERMAN<br>    *Senior Counsel*<br>    Special Federal Litigation Division |

SO ORDERED:
   s/Carol Bagley Amon
_____
HON. CAROL BAGLEY AMON